ACCEPTED
01-14-01011-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/3/2015 12:42:50 PM
CHRISTOPHER PRINI
CLERK

In The
# Court of Appeals
For The
## First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/3/2015 12:42:50 PM

CHRISTOPHER A. PRINE
Clerk

## NO. NO. 01- 14-01011-CV

## HOPE THERAPY, Appellant

### V.

## ST. ANTHONY'S HOSPITAL a/k/a LTHM HOUSTON-OPERATIONS, LLC d/b/a ST. ANTHONY'S HOSPITAL, Individually, as well as Jointly and Severally; JASON LEDAY a/k/a JASON DAMON LEDAY, Individually, as well as Jointly and Severally; DERIC OUTLEY a/k/a DERIC DEMOND OUTLEY, Individually, as well as Jointly and Severally; and VICTORIA MAE BABINEAUX a/k/a VICTORIA SHANEQUIA BABINEAUX, Individually, as well as Jointly and Severally; Appellee

On Appeal from the 269th Judicial District Court
Harris County, Texas
Trial Court Cause No. 201274149

## APPOINTMENT AND FEE REPORT - MEDIATION

The Court referred this cause to mediation. DION RAMOS was

appointed mediator in this appeal based on the agreement of the parties,

through Appellant, HOPE THERAPY, without an objection by Appellees

(ST. ANTHONY'S HOSPITAL; JASON LEDAY; DERIC OUTLEY; and

1

VICTORIA BABINEAUX).

After the referral to mediation, the cause:

    ___    settled before the mediation was conducted.

    ___    settled during mediation.

    X    did not settle.

Check one of the following:

    X    Based on the agreement of the parties and the mediator, the mediator has been paid a fee as follows:

**$800.00 paid by Attorney Wayman L. Prince.**

**$800.00 paid by Attorney Ted Troy Tindal.**

    ___    The parties understand that the Court will tax this fee as a cost of the appeal.

    ___    The parties have agreed to another method of payment and understand that the Court will not tax this fee as a cost of appeal.

DION RAMOS, Attorney at Law and Mediator
State Bar of Texas #16617500
4601 Washington Avenue, Suite 200
Houston, Texas 77007
Office: (713) 355-9595
Facsimile: (713) 758-0157
E-Mail: karina@dionramos.com

2